IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JEFFREY WOOD**                                                                                          **PLAINTIFF**

v.                                        Case No. 4:15-CV-00427-KGB

**MID-SOUTH ADJUSTMENT COMPANY, INC.**                                **DEFENDANTS**

## ORDER

Before the Court is plaintiff Jeffrey Wood's motion to dismiss with prejudice (Dkt. No. 2). Mr. Wood states that he has resolved his differences with defendant Mid-South Adjustment Company and that he desires for his claims against Mid-South Adjustment Company to be dismissed with prejudice. For good cause shown, the Court dismisses with prejudice all claims and causes of action asserted by Jeffrey Wood against Mid-South Adjustment Company.

IT IS SO ORDERED this 28th day of August, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE